Gregory S. Korman (CA 216931)
gregory.korman@kattenlaw.com
Ryan J. Larsen (CA 211622)
ryan.larsen@kattenlaw.com
Paul A. Grammatico (CA 246380)
paul.grammatico@kattenlaw.com
**KATTEN MUCHIN ROSENMAN LLP**
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012
Telephone:   310.788.4400
Facsimile:    310.788.4471

Sepehr Daghighian, State Bar No. 239349
**LAW OFFICES OF SEPEHR DAGHIGHIAN, P.C.**
433 North Camden Drive, Fourth Floor
Beverly Hills, California 90210
Telephone:   (310) 887-1333
Facsimile:    (310) 887-1334
E-mail:       sepehr@daghighian.com

Attorneys for Defendants
BH FINANCIAL SERVICES, INC., STEVEN A. GOLDSTEIN, LAW OFFICE OF KENOSIAN & MIELE, LLP, AND KENNETH JOHN MIELE

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| SONJA FELICIA BRADEN,<br><br>Plaintiff,<br><br>vs.<br><br>BH FINANCIAL SERVICES INC., A California corporation; STEVEN A. GOLDSTEIN, individually and in his individual capacity; MOUNTAIN LION ACQUISITIONS, LLC a California Limited Liability Company; DENNIS SCOTT CARRUTHERS, individually and in his official capacity; LAW OFFICE OF KENOSIAN & MIELE, LLP, a California limited liability partnership; and KENNETH JOHN MIELE, individually and in his official capacity,<br><br>Defendants. | CASE NO. CV 13-02287 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER RE: HEARING DATE FOR DEFENDANTS' MOTION TO STRIKE (ANTI-SLAPP MOTION) AND PLAINTIFF'S APPLICATION FOR DISCOVERY (FED. R. CIV. PROC. 56(D))**<br><br>Original Hearing Date:<br>Date:   October 7, 2013<br>Time:   10:00 a.m.<br>Place:  Courtroom 2, 17th Floor<br><br>New Hearing Date:<br>Date:   October 18, 2013<br>Time:   10:00 a.m.<br>Place:  Courtroom 6 - 17th Floor<br><br>Honorable Charles R. Breyer |

1

STIPULATION AND ORDER RE: HEARING DATE        CASE NO. CV 13-02287 CRB
FOR MOTIONS

1 TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

2     WHEREAS, the Court's Order Relating Cases dated August 16, 2013, ordered that this
3 matter be transferred to the court of Honorable Charles R. Breyer; and

4     WHEREAS, the Court's Order Relating Cases dated August 16, 2013, further ordered that
5 dates for hearing noticed motions be vacated and to be renoticed by the moving party before Judge
6 Breyer's Court;

7     IT IS HEREBY STIPULATED by and between the parties, Plaintiff SONJA FELICIA
8 BRADEN ("Plaintiff"), and Defendants BH FINANCIAL SERVICES INC., A California
9 corporation; STEVEN A. GOLDSTEIN, an individual; LAW OFFICE OF KENOSIAN & MIELE,
10 LLP, a California limited liability partnership; and KENNETH JOHN MIELE, an individual
11 (collectively, the "Defendants"), that, the hearing date for Defendants' Motion to Strike Complaint
12 (Anti-SLAPP Motion) and Plaintiff's Application for Discovery under Fed. R. Civ. Proc. 56(d) shall
13 be reset to October 18, 2013, 10:00 a.m., at United States District Court, Northern District of
14 California, Courtroom 6 - 17th Floor, Honorable Charles R. Breyer presiding.

15     Defendants Anti-SLAPP Motion was filed on July 22, 2013 and set to be heard on October 7,
16 2013 by Honorable Thelton E. Henderson. Opposition papers to the Anti-SLAPP Motion were filed
17 on August 5, 2013 and Reply papers were filed on August 9, 2013. Plaintiff's Application for
18 Discovery was filed on August 5, 2013 and also set to be heard on October 7, 2013 by Honorable
19 Thelton E. Henderson. Opposition papers to the Application were filed on August 9, 2013. Thus, at
20 this time, all briefs related these two motions have been filed with the Court.

21     The Parties, by and through their counsel of record, hereby stipulate that Defendants' Motion
22 to Strike Complaint (Anti-SLAPP Motion) and Plaintiff's Application for Discovery under Fed. R.
23 Civ. Proc. 56(d) shall be reset to October 18, 2013, 10:00 a.m., at United States District Court,
24 Northern District of California, Courtroom 6 - 17th Floor, Honorable Charles R. Breyer presiding.

25 ///
26 ///
27 ///
28

1

STIPULATION AND ORDER RE: HEARING DATE     CASE NO. CV 13-02287 CRB
FOR MOTIONS

| | | |
|---|---|---|
| Dated: August 23, 2013 | | **KATTEN MUCHIN ROSENMAN LLP**<br>Gregory S. Korman<br>Ryan J. Larsen<br>Paul A. Grammatico |

By: ‎ /s/ Ryan J. Larsen
‎ Ryan J. Larsen
Attorneys for Defendants BH Financial Services, Inc., Steven A. Goldstein, Law Office of Kenosian & Miele, LLP, and Kenneth John Miele

Dated: August 23, 2013   **LAW OFFICES OF SEPEHR DAGHIGHIAN, P.C.**

By: : ‎ /s/ Sepehr Daghighian
‎ Sepehr Daghighian
Attorneys for Defendants BH Financial Services, Inc., Steven A. Goldstein, Law Office of Kenosian & Miele, LLP, and Kenneth John Miele

Dated: August 23, 2013   **CONSUMER LAW CENTER INC.**

/s/Fred W. Schwinn
Fred W. Schwinn
Attorney for Plaintiff Sonja Felicia Braden

**IT IS SO ORDERED.**

Sept. 3, 2013

UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Charles R. Breyer

2

STIPULATION AND ORDER RE: HEARING DATE FOR MOTIONS   CASE NO. CV 13-02287 CRB