IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONJA FELICIA BRADEN,<br><br>    Plaintiff,<br><br>v.<br><br>BH FINANCIAL SERVICES, INC, ET AL,<br><br>    Defendant. | No. C 13-02287 CRB<br><br>**ORDER VACATING HEARING** |

Defendant BH Financial Services, Inc. has filed a motion to strike the complaint (dkt. 23), and Plaintiff Sonja Braden has filed an application for discovery (dkt. 33), both of which are set for a hearing on Friday, November 1, 2013. The Court finds these matters suitable for resolution without oral argument, pursuant to Civil Local Rule 7-1(b), VACATES the hearing, and takes these matters under submission.

**IT IS SO ORDERED.**

Dated: October 24, 2013

                                         for
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE