IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONJA FELICIA BRADEN,<br><br>    Plaintiff,<br><br>  v.<br><br>BH FINANCIAL SERVICES, INC, ET AL,<br><br>    Defendant.<br>_____/ | No. C 13-02287 CRB<br><br>**ORDER REQUIRING PLAINTIFF'S PERSONAL APPEARANCE** |

Plaintiff Sonja Braden is hereby ORDERED to appear in person at the hearing in this case scheduled for February 28, 2014 at 10:00 AM.

**IT IS SO ORDERED.**

Dated: February 25, 2014

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE