1  Fred W. Schwinn (SBN 225575)
   CONSUMER LAW CENTER, INC.
2  12 South First Street, Suite 1014
   San Jose, California  95113-2418
3  Telephone Number: (408) 294-6100
   Facsimile Number: (408) 294-6190
4  Email Address: fred.schwinn@sjconsumerlaw.com

5  Attorney for Plaintiff
6  SONJA FELICIA BRADEN

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| SONJA FELICIA BRADEN,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>BH FINANCIAL SERVICES, INC., a California corporation; STEVEN A. GOLDSTEIN, individually and in his individual capacity; MOUNTAIN LION ACQUISITIONS, LLC, a California limited liability company; DENNIS SCOTT CARRUTHERS, individually and in his official capacity; LAW OFFICE OF KENOSIAN & MIELE, LLP, a California limited liability partnership; and KENNETH JOHN MIELE, individually and in his official capacity,<br><br>　　　　　　　　　Defendants. | Case No. 3:13-CV-02287-CRB<br><br>**STIPULATION OF DISMISSAL AND ORFER**<br><br>Fed. R. Civ. P. 41(a)(1) |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, SONJA FELICIA BRADEN, and Defendants, BH FINANCIAL SERVICES, INC., STEVEN A. GOLDSTEIN, MOUNTAIN LION ACQUISITIONS, LLC, DENNIS SCOTT CARRUTHERS, LAW OFFICE OF KENOSIAN & MIELE, LLP, and KENNETH JOHN MIELE, stipulate, and the Court hereby orders, as follows:

/ / /

/ / /

1.   The dispute between the parties has been settled, therefore, all the claims asserted by Plaintiff, SONJA FELICIA BRADEN, against all Defendants in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

Dated: June 24, 2014         /s/ Fred W. Schwinn
                             Fred W. Schwinn, Esq.
                             Attorney for Plaintiff
                             SONJA FELICIA BRADEN

Dated: June 24, 2014         /s/ Sepehr Daghighian
                             Sepehr Daghighian, Esq.
                             Attorney for Defendants
                             BH FINANCIAL SERVICES, INC.,
                             STEVEN A. GOLDSTEIN,
                             LAW OFFICE OF KENOSIAN & MIELE, LLP,
                             and KENNETH JOHN MIELE

Dated: June 24, 2014         /s/ D. Scott Carruthers
                             D. Scott Carruthers, Esq.
                             Attorney for Defendants
                             MOUNTAIN LION ACQUISITIONS, LLC,
                             and DENNIS SCOTT CARRUTHERS

THE FOREGOING STIPULATION
IS APPROVED AND IS SO ORDERED.

Dated:  Lwpg"52."4236

The Honorable
Judge of the

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA